UST-32, 3/03

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| PALMER, BARBARA L. | ) | Case No. 05-17454-PCT RTB |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| Debtor(s). | ) | TO THE U.S. BANKRUPTCY COURT |
| | ) | |

WILLIAM E. PIERCE, Trustee, reports that the following dividend check has been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance and family of deceased debtor cannot be located.

| | | | AMOUNT |
|---|---|---|---|
| 136 | 02/12/09 | ESTATE OF BARBARA L. PALMER (DECEASED) | $18,314.27 (Plus $6.01 interest accrued) |
| | | | **TOTAL** **$18,320.28** |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $18,320.28 to the Clerk of the Court to be deposited in the Registry thereof.

| May 4, 2010 | /s/William E. Pierce |
|---|---|
| DATE | WILLIAM E. PIERCE, TRUSTEE |